**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00288-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2006 CADILLAC CTS, VIN 1G6DN57UX60157586,

    Defendant.

---

**AMENDED DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

---

This matter is before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture (Doc. # 12). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on June 29, 2009 (Doc. # 11);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of defendant 2006 Cadillac CTS, VIN 1G6DN57UX60157586, including all right, title, and interest, is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

DATED:  July   24  , 2009

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge